# Court of Appeals
# of the State of Georgia

ATLANTA,___June 02, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1732. ANTOINE P. LEWIS v. THE STATE.**

In 1999, Antoine P. Lewis pled guilty to two counts of armed robbery. In 2014, Lewis filed an out-of-time motion to withdraw his plea. The trial court denied the motion on June 10, 2015, and Lewis filed a notice of appeal on September 4, 2015.[1] We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Lewis filed his notice of appeal 86 days after entry of the order he seeks to appeal, it is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/02/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Lewis directed his appeal to the Supreme Court, which transferred the matter to this Court.